# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

**UNITED STATES OF AMERICA,**

      VS.

**MATTHEW W. DRYDEN,**

      Defendant

NO. 5: 06-MJ-08-07 (CWH)

VIOLATION: SUSPENDED LICENSE

# WARRANT FOR ARREST

**To:** **THE U. S. MARSHAL, MIDDLE DISTRICT OF GEORGIA**
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED to arrest MATTHEW W. DRYDEN and bring him FORTHWITH before the undersigned for SENTENCING,** said defendant having heretofore entered a plea of guilty to the offense of

**DRIVING ON A SUSPENDED LICENSE ON ROBINS AIR FORCE BASE, GEORGIA, ON OR ABOUT June 23, 2006,**

in violation of Title 18 U.S.C. §§ 7 and 13 i/c/w O.C.G.A. §40-5-121.

**Dated at Macon, Georgia, this 13th day of March, 2007.**



*(signature)*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

      .

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |